BEFORE THE FIRST DIVISION, MARCH 10, 1939

No. 40794.—Protest 944291–G of Houbigant, Inc. (New York).

Opinion by SULLIVAN, J. Although the protest did not mention the number of the paragraph it was held sufficient as paragraph 1406 is the only one relating to such merchandise. In accordance with the report of the appraiser the claim at 50 cents per pound was sustained as to certain entries.

No. 40795.—Protests 503381–G, etc., of S. S. Pierce Co. (Boston).

Opinion by BROWN, J. In accordance with stipulation of counsel the claim at 35 percent under paragraph 775 was sustained. *Wile* v. *United States* (T. D. 49494) followed. McClelland, P. J., dissented.